Núm. 8602.—P. R. TOBACCO CORP., aplda. v. BUSCAGLIA, TES., aplte.—C. D. San Juan. Recobro de contribuciones. Marzo 8, 1943.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

A la moción de la parte apelada solicitando la desestimación del recurso por dilación indebida en la tramitación del mismo y por ser frívolo, examinada la oposición de la parte apelante, no ha lugar; pero entendiendo la Corte que la vista de la apelación en su fondo no debe dilatarse por más tiempo, concede a la apelante una última prórroga que vencerá el 23 de marzo en curso para presentar su alegato y señala la vista del recurso para el seis de abril próximo a las dos de la tarde.

Núm. 8688.—LEÓN ET AL., apltes. v. THE ARUNDEL CORP. ET ALS., apldas.—C. D. San Juan. Daños y perjuicios. Marzo 9, 1943.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

POR CUANTO, en este caso la corte inferior dictó sentencia en septiembre 23, 1942 declarando sin lugar la demanda, sentencia que fué notificada a las partes el 5 de octubre del mismo año habiéndose registrado dicha notificación en la misma fecha;

POR CUANTO, los demandantes radicaron su escrito de apelación en noviembre 4 de 1942 y habiendo solicitado que se hiciera la transcripción de evidencia la corte inferior así lo ordenó concediendo luego un nuevo término al taquígrafo para hacerlo, el cual venció el día 10 de enero de 1943;

POR CUANTO, vencido dicho nuevo término los apelantes solicitaron una nueva prórroga para radicar dicha transcripción la que les fué denegada el día 10 de febrero de 1943 y habiendo los apelantes solicitado la reconsideración de dicha orden denegatoria la corte inferior señaló una vista para oír a las partes el día 23 de febrero a la cual no comparecieron los apelantes procediendo dicha corte a dictar resolución denegando la reconsideración;

POR CUANTO, basado en los anteriores hechos, que aparecen comprobados por certificaciones del Secretario de la corte inferior, los apelados han solicitado la desestimación del recurso por abandono, no habiendo hecho oposición los apelantes ni comparecido a la vista señalada para oír a las partes.

POR TANTO, se declara con lugar la moción y se desestima el recurso por abandono.